# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0219

VERSUS

TORRANCE HARMON

**MAY 9, 2022**

---

In Re:  Torrance Harmon, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2010-182718.

---

**BEFORE:  GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT